AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Nelson Gamache and Edward Nofi, individually and on behalf of a class of all others similarly situated

*Plaintiff(s)*

v.

John F. Hogue, Jr. and Graham Thompson, the Administrative Committee of the Technical Associates of Georgia, Inc. Employee Stock Ownership Plan, and John Does 1-20

*Defendant(s)*

Civil Action No. 1:19-CV-21 (LAG)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John F. Hogue, Jr.
3650 Kennesaw 75 Parkway NW
Suite 100
Kennesaw, GA, 30144-6533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William S. Stone
STONE LAW GROUP
P.O. Drawer 70
Blakely, GA 39823
TEL 229-723-3045
Email: billstone@stonelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/30/2019

United States District Court ★ Middle District of Georgia ★

s/ M. Danielle Morrow

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-21 (LAG)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* John F. Hogue, Jr.

was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________

____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset