AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Nelson Gamache and Edward Nofi, individually and on behalf of a class of all others similarly situated

*Plaintiff(s)*

v.

John F. Hogue, Jr. and Graham Thompson, the Administrative Committee of the Technical Associates of Georgia, Inc. Employee Stock Ownership Plan, and John Does 1-20

*Defendant(s)*

Civil Action No. 1:19-CV-21 (LAG)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Graham Thompson
2423 WESTGATE DRIVE
ALBANY, GA 31707-2225

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William S. Stone
STONE LAW GROUP
P.O. Drawer 70
Blakely, GA 39823
TEL 229-723-3045
Email: billstone@stonelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/30/2019

United States District Court · Middle District of Georgia

s/ M. Danielle Morrow

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:19-CV-21 (LAG)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Graham Thompson
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset