LEWIS BRISBOIS
LEWIS BRISBOIS BISGAARD & SMITH LLP

Joelle C. Sharman
1180 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30309
Joelle.Sharman@lewisbrisbois.com
Direct: 404.567.6585

April 25, 2019 50031-616

David W. Bunt
Clerk of Court
United States District Court
Middle District of Georgia
475 Mulberry St.
Macon, GA 31201

Re: *Gamache v. Hogue*, United States District Court, Middle District of Georgia Civil Action No. 1:19-cv-00021-LAG

Dear Mr. Bunt:

Pursuant to L.R. 6.2, Defendants in the above-referenced action request that the Clerk of Court authorize a 14-day extension of time for Defendants to file a response to the Amended Complaint filed by Plaintiffs on April 19, 2019. (Dkt. No. 30.) Granting the request would extend the deadline for submission of Defendants' response from May 3, 2019 to May 17, 2019.

Please do not hesitate to contact me directly if you have any questions or concerns.

Very truly yours,

/s/ Joelle C. Sharman

Joelle C. Sharman of
LEWIS BRISBOIS BISGAARD & SMITH LLP

JS:as
cc: All Counsel of Record via ECF