IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| NELSON GAMACHE, *et al.*, individually and on behalf of a class of all others similarly situated, :<br><br>Plaintiffs, :<br><br>v. :<br><br>JOHN F. HOGUE, *et al.*, :<br><br>Defendants. : | CASE NO.: 1:19-CV-21 (LAG) |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to File Memorandum in Support of Motion for Summary Judgment [in] Excess of Twenty Pages (Doc. 138). Therein, Defendants request leave to file a memorandum of up to thirty pages in support of their Motion for Summary Judgment. (*Id.* ¶ 4). Defendants represent that excess pages are required "[b]ecause Plaintiffs' claims and many of Defendants' defenses require recitation of various ERISA provisions and analysis of federal common law interpreting them." (*Id.*). Plaintiffs do not oppose the Motion "so long as they are provided an equal number of pages for their opposition." (*Id.* ¶ 5).

Accordingly, for good cause shown, Defendants' Motion (Doc. 138) is **GRANTED**. Defendants may file a memorandum in support of their forthcoming Motion for Summary Judgment up to thirty pages. Plaintiffs may file a memorandum in support of their response up to thirty pages.

**SO ORDERED**, this 4th day of February, 2022.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**