UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| NELSON GAMACHE and EDWARD NOFI, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN F. HOGUE, JR., JAMES URBACH, GRAHAM THOMPSON, GLENN KIRBO, RANDY HALL, RANDALL WAGES, and THE ADMINISTRATIVE COMMITTEE OF THE TECHNICAL ASSOCIATES OF GEORGIA, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>    Defendants,<br><br>and<br><br>TECHNICAL ASSOCIATES OF GEORGIA, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>    Nominal Defendant. | Case No.<br>1:19-cv-00021-LAG |

## NOTICE OF FILING DEPOSITION TRANSCRIPT OF MICHAEL MCGINLEY

COME NOW, Defendants John F. Hogue, Jr. ("Hogue"), Graham Thompson ("Thompson"), Technical Associates of Georgia Inc. Employee Stock Ownership Plan (The "ESOP" or The "Plan"), The Administrative Committee Of The

Technical Associates Of Georgia Inc. Employee Stock Ownership Plan (The "Committee"), And Board Of Directors Of Technical Associates Of Georgia Inc. (the "Directors") (collectively, the "Defendants") and hereby gives Notice of Filing the Deposition of Michael McGinley taken on September 22, 2021, attached hereto as Exhibit A in support of Defendants' Motion for Summary Judgment, to be considered by the Court.

Dated, this 10th day of February, 2022.

/s/ Joelle C. Sharman
Joelle C. Sharman
LEWIS BRISBOIS BISGAARD & SMITH, LLP
600 Peachtree Street, NE
Suite 4700
Atlanta, GA 30308
joelle.sharman@lewisbrisbois.com

Robert E. Lesser
LAW OFFICES OF ROBERT E. LESSER, LLC
7200 Highway 278 NE
Suite 205
Covington, GA 30014
tag@relesserlegal.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing *Notice of Filing Deposition Transcript of Michael McGinley* on all parties to this action by electronically filing the same with the Clerk of Court via CM/ECF, which will send electronic notification to counsel of record as follows:

Daniel Feinberg
Nina Wasow
FEINBERG, JACKSON, WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
dan@feinbergjackson.com
nina@feinbergjackson.com

R. Joseph Barton
Colin M. Downes
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Tel: (202) 734-7046
jbarton@blockesq.com
colin@blockesq.com

William S. Stone
STONE LAW GROUP TRIAL LAWYERS, LLC
P.O. Drawer 70
Blakely, GA 39823
Tel: (229) 723-3045
billstone@stonelaw.com

Dated, this 10th day of February, 2022.

/s/ Joelle C. Sharman
Joelle C. Sharman
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta, GA 30309
joelle.sharman@lewisbrisbois.com

Robert E. Lesser
LAW OFFICES OF ROBERT E.
LESSER, LLC
7200 Highway 278 NE
Suite 205
Covington, GA 30014
tag@relesserlegal.com

*Counsel for Defendants*