**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| NELSON GAMACHE AND EDWARD NOFI, individually and on behalf of a class of all others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 1:19-cv-00021-LAG |
| JOHN F. HOGUE, JR., GRAHAM THOMPSON, JAMES URBACH, GLENN KIRBO, RANDY HALL, AND THE ADMINISTRATIVE COMMITTEE OF THE TECHNICAL ASSOCIATES OF GEORGIA, INC. EMPLOYEE STOCK OWNERSHIP PLAN, | **NOTICE OF WITHDRAWAL OF ANNE WEIS AS COUNSEL FOR PLAINTIFFS** |
| Defendants, | |

Anne Weis hereby gives notice of her withdrawal as counsel to Plaintiff Nelson Gamache and Plaintiff Edward Nofi. Co-counsel for Plaintiffs remain in the case. Pursuant to Local Rule 83.1.4 this withdrawal is thus effective upon filing of this notice without need for leave of the Court.

Dated:  May 8, 2025

Respectfully submitted,

*/s/Anne Weis*
Anne Weis *(pro hac vice)*
FEINBERG, JACKSON, WORTHMAN & WASOW LLP
2030 Addison St., Ste. 500
Berkeley, CA 94704
Tel: (510) 269-7998
Email: anne@feinbergjackson.com