**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

|  |  |
|---|---|
| Nelson Gamache and Edward Nofi, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>John F. Hogue, Jr., Graham Thompson, Glenn Kirbo, James Urbach, Jeanne R. Hall (Administrator of the Estate of Randy Hall, deceased), and the Administrative Committee of the Technical Associates of Georgia, Inc. Employee Stock Ownership Plan,<br><br>Defendants. | Case No.:  1:19-cv-00021-LAG |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MCDERMOTT WILL & EMERY LLP has changed its name to:

**MCDERMOTT WILL & SCHULTE LLP**

All future references to the firm should reflect this name change. There has been no change in business address or representation of Defendants John F. Hogue, Jr., Graham Thompson, Glenn Kirbo, James Urbach, Jeanne C. Hall (Administrator of the Estate of Randy Hall, deceased), and the Administrative Committee of the Technical Associates of Georgia, Inc. Employee Stock Ownership Plan

Respectfully submitted,

Dated: August 6, 2025          By:     _/s/ Julian L. André_

1

Theodore M. Becker (*pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
(312) 984-6934
tbecker@mwe.com

Julian L. André (*pro hac vice*)
Tala Jayadevan (*pro hac vice*)
**MCDERMOTT WILL & SCULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
(310) 551-9335
jandre@mwe.com
tjayadevan@mwe.com

Joelle C. Sharman (GA Bar No.637931)
**O'HAGAN MEYER**
555 North Point Center East, 4th Floor
Alpharetta, GA 30022
(312) 422-6200
jsharman@ohaganmeyer.com

Robert E. Lesser (GA Bar No. 447087)
**LAW OFFICES OF ROBERT E. LESSER**
7200 Highway 278 NE, Suite 205
Covington, GA 30014
(770) 385-5111
relesser@relesserlegal.com

*Attorneys for Defendants*
*John F. Hogue, Jr., Graham Thompson, Glenn Kirbo,*
*James Urbach, Jeanne C. Hall (Administrator of the*
*Estate of Randy Hall, deceased), and the*
*Administrative Committee of the Technical*
*Associates of Georgia, Inc. Employee Stock*
*Ownership Plan*

2

**CERTIFICATE OF SERVICE**

I certify that on August 6, 2025, I caused the foregoing Notice of Change of Law Firm Name to be electronically filed with the Clerk of the Court using the CM/ECF system, by operation of which it was served on counsel of record for all parties.

*/s/ Julian L. André*
Julian L. André