IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| NELSON GAMACHE, et al., | * |
| Plaintiffs, | * |
| v. | Case No.  1:19-CV-21-(LAG) |
| | * |
| JOHN F. HOGUE, Jr., et al., | * |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 30, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiffs shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 30th day of March, 2026.

David W. Bunt, Clerk


s/ Michelle Paschal, Deputy Clerk